

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

May 12, 2022

Honorable Jil Mazer-Marino
United States Bankruptcy Judge
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

    Re:    Joshua E. Danese
             Bankruptcy Case No: 18-45074-jmm

Dear Judge Mazer-Marino:

This office represents the Secured Creditor, Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust ("Rushmore") in the above-referenced action. Pursuant to the Court's Loss Mitigation Order entered on April 17, 2019, please let this letter serve as a status report and summary of what has transpired between the parties.

As of October 12, 2021, the Debtor obtained new counsel, as attorney Joseph Y. Balisok filed a Notice of Appearance in this matter.

The Debtor and his new counsel have worked hard to remedy the document deficiencies that were previously present in this case. Our firm received numerous document submissions, all of which we promptly forwarded to Rushmore.

Rushmore then completed its review and advised that the Debtor has been approved for a twelve (12) month trial loan modification, with twelve (12) monthly payments of $3,033.16 due on the first of each month from March 1, 2022 to February 1, 2023. Our firm forwarded the trial loan modification offer dated February 9, 2022 to the Debtor's Attorney on February 15, 2022.



_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

The Debtor has accepted the trial loan modification offer, which is currently due for May 12, 2022.

**Please feel free to contact our office should you have additional questions.**

Sincerely,

Dated: May 12, 2022

/s/ Katherine Heidbrink
Katherine Heidbrink, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(P) 212.471.5100
(F) 212.471.5150
bankruptcy@friedmanvartolo.com